AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Wesley L. Clarke, as Personal Representative
for the Estate of Mario Medina,
and
Ralph Linus

V.

THE DISTRICT OF COLUMBIA
Robert J. Spagnoletti
Corporation Counsel, District of Columbia
and
Saint Elizabeth Hospital
and D.C. Department of Mental Health
and Greater Southeast Community Hospital

**SUMMONS IN A CIVIL CASE**

CASE N

CASE NUMBER   1:06CV00623

JUDGE: James Robertson

DECK TYPE: Personal Injury/Malprac

DATE STAMP: 04/04/2006

TO: (Name and address of Defendant)

THE DISTRICT OF COLUMBIA, ~~[redacted]~~
SERVE: ~~[redacted]~~, Robert J. Spagnoletti, Corporation Counsel, District of Columbia, John A. Wilson Building, 1350 Pennsylvania Avenue, Washington, D.C. 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WESLEY L. CLARKE
8622 Far Fields Way
Laurel, MD. 20723

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          APR - 4 2006
CLERK                                DATE

_/s/ [signature] Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/24/06 |
| NAME OF SERVER (PRINT) DAVID JONES | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

- ☐ Served personally upon the defendant. Place where served: OFC. OF ATTORNEY GENERAL 441 4TH ST NW 6TH FLOOR GAIL RIVERS

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

- ☐ Returned unexecuted: _____

- ☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/24/06
            Date            Signature of Server

419 7TH NW #201 WASH. DC 20004
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Wesley L. Clarke, as Personal Representative
for the Estate of Mario Medina,
and
Ralph Linus

**SUMMONS IN A CIVIL CASE**

V.

THE DISTRICT OF COLUMBIA
Robert J. Spagnoletti
Corporation Counsel, District of Columbia
and
Saint Elizabeth Hospital
and D.C. Department of Mental Health
and Greater Southeast Community Hospital

CASE NUMBER   1:06CV00623

JUDGE: James Robertson

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 04/04/2006

TO: (Name and address of Defendant)

SERVE:
THE DISTRICT OF COLUMBIA, HON. Anthony Williams
Mayor, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, District
of Columbia, John A. Wilson Building, 1350 Pennsylvania
Avenue, Washington, D.C. 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WESLEY L. CLARKE
8622 Far Fields Way
Laurel, MD. 20723

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          APR - 4 2006

CLERK                               DATE

_/s/_ Higgins
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/20/05 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| DAVID JONES | INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: DC MAYOR'S OFC GLADYS HERRING. EXEC. ASSIST. 4TH FLOOR

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/20/05
            Date

Signature of Server

419 7TH ST NW #201 WASH. DC 20004
Address of Server

2005 APR 20  A 2:19
SECRETARY OF D.C.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Wesley L. Clarke, as Personal Representative
for the Estate of Mario Medina,
and
Ralph Linus

**SUMMONS IN A CIVIL CASE**

V.

THE DISTRICT OF COLUMBIA
Robert J. Spagnoletti
Corporation Counsel, District of Columbia
and
Saint Elizabeth Hospital
and D.C. Department of Mental Health
and Greater Southeast Community Hospital

CASE N°

CASE NUMBER   1:06CV00623

JUDGE: James Robertson

DECK TYPE: Personal Injury/Malprac

DATE STAMP: 04/04/2006

TO: (Name and address of Defendant)

DC DEPARTMENT OF MENTAL HEALTH

SERVE:

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WESLEY L. CLARKE
8622 Far Fields Way
Laurel, MD. 20723

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     APR - 4 2006

CLERK                           DATE

_Laurel Huggins_
(BY) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/19/06 |
| NAME OF SERVER (PRINT) DAVID JONES | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: DC DEPT. of MENTAL HEALTH OFFICE OF ATTORNEY GENERAL NADINE WILBURN 441 4TH ST NW 6TH FLOOR

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/19/06
           Date                   Signature of Server

419 7TH ST NW #201 WASH. DC 20004
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Wesley L. Clarke, as Personal Representative
for the Estate of Mario Medina,
and
Ralph Linus

**SUMMONS IN A CIVIL CASE**

V.

THE DISTRICT OF COLUMBIA
Robert J. Spagnoletti
Corporation Counsel, District of Columbia
and
Saint Elizabeth Hospital
and D.C. Department of Mental Health
and Greater Southeast Community Hospital

CASE N:

CASE NUMBER   1:06CV00623

JUDGE: James Robertson

DECK TYPE: Personal Injury/Malprac

DATE STAMP: 04/04/2006

TO: (Name and address of Defendant)

GREATER SOUTHEAST COMMUNITY HOSPITAL

SERVE:

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WESLEY L. CLARKE
8622 Far Fields Way
Laurel, MD. 20723

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                 APR - 4 2006

CLERK                                      DATE

_/s/ Heggins_
BY DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | 4/19/06 |
| NAME OF SERVER (PRINT) DAVID JONES | TITLE | INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: GREATER SOUTHEAST HOSPITAL SHEILDA WHITE 1310 SOUTHERN AVE SE WDC 20032

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/19/06
Date        Signature of Server

419 7TH NW #201 WDC 20004
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Wesley L. Clarke, as Personal Representative
for the Estate of Mario Medina,
and
Ralph Linus

**SUMMONS IN A CIVIL CASE**

V.

THE DISTRICT OF COLUMBIA
Robert J. Spagnoletti
Corporation Counsel, District of Columbia
and
Saint Elizabeth Hospital
and D.C. Department of Mental Health
and Greater Southeast Community Hospital

CASE N:

CASE NUMBER   1:06CV00623

JUDGE: James Robertson

DECK TYPE: Personal Injury/Malprac

DATE STAMP: 04/04/2006

TO: (Name and address of Defendant)

ST. ELIZABETH'S HOSPITAL

SERVE:

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WESLEY L. CLARKE
8622 Far Fields Way
Laurel, MD. 20723

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    APR - 4 2006
_____       _____
CLERK                                          DATE

_Higgins_
BY DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/19/06 |
| NAME OF SERVER *(PRINT)* DAVID JONES | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ST. ELIZABETH'S HOSPITAL 2700 MLK AVE SE MS. TONY HUGHES 3RD FLOOR

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/19/06
            Date           Signature of Server

419 7TH ST NW #201 WASH. DC 20004
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.