UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY CLARKE, as<br>Personal Representative<br>of the Estate of MARIO MEDINA<br><br>and<br><br>RALPH LINUS,<br>            Plaintiffs,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA<br><br>and<br><br>SAINT ELIZABETH HOSPITAL<br><br>and<br><br>D.C. DEPARTMENT OF<br>MENTAL HEALTH<br><br>and<br><br>GREATER SOUTHEAST COMMUNITY<br>HOSPITAL<br>            Defendants. | Case No. 1:06CV00623<br><br>The Hon. James Robertson |

## ORDER

UPON CONSIDERATION of Defendant Greater Southeast Community Hospital Corporation I Motion to Dismiss Plaintiff's Complaint, any opposition thereto, and the entire record herein,

It is this _____ day of _____, 2006,

230779.1

ORDERED: that Defendant Greater Southeast Community Hospital's Motion to Dismiss BE AND HEREBY IS GRANTED, and it is

FURTHER ORDERED: that plaintiff's Complaint be, and the same hereby is, DISMISSED WITH PREJUDICE.

_____
The Honorable James Robertson

cc:  Catherine A. Hanrahan
Anastasios P. Tonorezos
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
1341 G Street, NW, Suite 500
Washington, D.C. 20005

Wesley L. Clarke
8622 Far Fields Way
Laurel, MD 20723

Stephen J. Anderson
Office of Corporate Counsel
PO Box 14600
Washington, D.C. 20044-4600

230779.1