THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY L. CLARKE, PERSONAL REPRESENTATIVE FOR THE ESTATE OF MARIO MEDINA, AND RALPH LINUS<br><br>    Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | C.A. No. 06-623 (JR) |

**The District of Columbia, Saint Elizabeths Hospital, and D.C. Department of Mental Health Consent Motion to Extend Time to Respond to Plaintiff's Complaint**

Pursuant to Fed.Civ.Pro.R. 6(b), District of Columbia, St. Elizabeths Hospital and D.C. Department of Mental Health[1] (hereinafter the "District defendants") respectfully request that the Court extend the time for them to file a response to plaintiffs' complaint. As grounds thereof, the defendants state that in order to file a meaningful response to the complaint, an extension of time to investigate the allegations therein is needed.

On May 10, 2006, counsel for plaintiff, Mr. Clarke, was contacted for consent to a sixty-day extension. Mr. Clarke consented to the requested relief. The attached Memorandum of Points and Authorities is incorporated herein.

---

[1] St. Elizabeths and D.C. Department of Mental Health are *non sui juris*. See Roberson v. District of Columbia Board of Higher Education, 359 A.2d 28, 31 n. 4 (D.C. 1976) (Board of Higher Education not a suable entity) (dictum); Miller v. Spencer, 330 A.2d 250, 251 n. 1 (D.C. 1974) (Department of Sanitation not suable); Ray v. District of Columbia, 535 A.2d 868, 869 n. 2 (D.C. 1987) (holding that Fire Department, the Board of Police and Fire Surgeons, and the Police and Fire Clinic are not sui juris entities). Accordingly, the complaint should be dismissed as against these defendants.

WHEREFORE, the District defendants move the Court to extend the time for these defendants to file a response to Plaintiff's complaint for sixty (60) days from today, or on or before July 10, 2006.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        _____
        NICOLE L. LYNCH [471953]
        Section Chief
        General Litigation § II

BY: _____
        E. LOUISE R. PHILLIPS [422074]
        Assistant Attorney General
        441 4th Street, N.W., Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6519, (main)(202) 724-6669
        (Fax) (202) 727-3625
        louise.phillips@dc.gov

THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY L. CLARKE, PERSONAL REPRESENTATIVE FOR THE ESTATE OF MARIO MEDINA, AND RALPH LINUS<br><br>    Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | C.A. No. 06-623 (JR) |

**Memorandum of Points And Authorities in Support of**
**The District of Columbia, Saint Elizabeths Hospital, and D.C. Department of**
**Mental Health Consent Motion to Extend Time to Respond to Plaintiff's Complaint**

    1. Federal Court Rules of Civil Procedure Rules 6(b).

    2. The entire record herein.

    3. Lack of prejudice and judicial economy.

                                Respectfully submitted,

                                ROBERT J. SPAGNOLETTI
                                Attorney General for the District of Columbia

                                GEORGE C. VALENTINE
                                Deputy Attorney General
                                Civil Litigation Division

                                _____
                                NICOLE L. LYNCH [471953]
                                Section Chief
                                General Litigation § II


                BY: _____
                                E. LOUISE R. PHILLIPS [422074]
                                Assistant Attorney General

THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY L. CLARKE, PERSONAL REPRESENTATIVE FOR THE ESTATE OF MARIO MEDINA, AND RALPH LINUS,<br><br>    Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | C.A. No. 06-623 (JR) |

### ORDER

Upon consideration of the District defendants' consent motion to extend time to respond to plaintiff's complaint, the attached Memorandum of Points and Authorities, and the entire record, it is this _____ day of _____, 2006

ORDERED: That the District defendants' motion is hereby granted and the District defendants' response to Plaintiff's Complaint will be due on or before July 10, 2006.

---

Judge James Robertson
United States District Court for the District of Columbia

cc:

E. Louise R. Phillips
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, DC 20001

Wesley L. Clarke, Esquire
8622 Far Fields Way
Laurel, MD 20723