IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY L. CLARKE, as Personal Representative of the Estate of MARIO MEDINA 8622 Far Fields Way Laurel, MD  20723, <br><br>and <br><br>Ralph Linus 8128 West Summerdale Avenue Norwood Park, Ill. 60656 <br><br><br><br>      Plaintiffs, <br>  vs. <br><br>THE DISTRICT OF COLUMBIA, <br><br>*et al.* <br>      Defendants. | Case No: C.A. No. 06-623 (JR) |

**Plaintiffs' Consent Motion to Extend Time to Respond to Defendant St. Elizabeth Hospital's Motion to Dismiss**

  Pursuant to Fed. Civ.Pro.R 6(b), Plaintiff respectfully requests that the Court extend the time to file a response to Defendant St. Elizabeth's Hospital's Motion to Dismiss.  As grounds thereof, plaintiff states that in order to file a meaningful response to the motion, an extension of time to prepare a response is required.

  On May 12, 2006, counsel spoke with Ms. Harahan for consent to a twenty day extension.  Ms. Hanrahan consented to the requested relief.  The attached Memorandum of Points and Authorities is incorporated herein.

WHEREFORE, the plaintiff moves the Court to extend the time for a response to the Defendants Motion to Dismiss for twenty days from today.

Date: May 23, 2006                                  Respectfully Submitted,

                                                                              _____
                                                                              Wesley L. Clarke,
                                                                              BAR ID-474594
                                                                              The Law Offices of Wesley L. Clarke
                                                                              8622 Far Fields Way
                                                                              Laurel, MD. 20723
                                                                              202-257-9730
                                                                              Attorney for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY L. CLARKE, as Personal Representative of the Estate of MARIO MEDINA 8622 Far Fields Way Laurel, MD 20723, <br><br> and <br><br> Ralph Linus 8128 West Summerdale Avenue Norwood Park, Ill. 60656 <br><br><br><br> Plaintiffs, <br> vs. <br><br> THE DISTRICT OF COLUMBIA, <br> *et al.* <br> Defendants. | Case No: C.A. No. 06-623 (JR) |

**Memorandum of Points and Authorities in Support of the Plaintiffs' Motion to Extend Time to Respond to Defendant St. Elizabeth Hospital's Motion to Dismiss**

1. Federal Court Rules of Civil Procedure Rules 6(b)

2. The entire record herein.

3. Lack of prejudice and judicial economy

Date: May 23, 2006                                    Respectfully Submitted,

                                          _____
                                          Wesley L. Clarke,
                                          BAR ID-474594
                                          The Law Offices of Wesley L. Clarke
                                          8622 Far Fields Way
                                          Laurel, MD. 20723
                                          202-257-9730
                                          Attorney for the Plaintiffs

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY L. CLARKE, as Personal Representative of the Estate of MARIO MEDINA 8622 Far Fields Way Laurel, MD 20723, <br><br>and<br><br>Ralph Linus 8128 West Summerdale Avenue Norwood Park, Ill. 60656 <br><br><br><br>        Plaintiffs,<br>   vs.<br><br>THE DISTRICT OF COLUMBIA,<br><br>*et al.*<br>        Defendants. | Case No: C.A. No. 06-623 (JR) |

## **ORDER**

Upon consideration of the Plaintiff's consent motion to extend time to respond to defendants motion, the attached Memorandum of Points and Authorities and the entire record, it is this _____ day of May 2006.

ORDERED, that the Plaintiffs motion is hereby granted and the Plaintiffs time to respond will be due on or before June 14, 2006

_____

Judge James Robertson
United States District Court for the
District of Columbia

Cc:

Wesley L. Clarke

8622 Far Fields Way

Laurel, MD. 20723


Catherine Hanrahan

c/o Wilson, Elser

1341 G street N.W.

Washington, D.C. 20005