IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY L. CLARKE, as Personal Representative of the Estate of MARIO MEDINA 8622 Far Fields Way Laurel, MD 20723, <br><br> and <br><br> Ralph Linus 8128 West Summerdale Avenue Norwood Park, Ill. 60656 <br><br><br><br><br> Plaintiffs, <br> vs. <br><br> THE DISTRICT OF COLUMBIA, <br> *et al.* <br> Defendants. | Case No: C.A. No. 06-623 (JR) |

### **Plaintiffs' Motion to Extend Time to Respond to Defendant Southeast Community Hospital's Motion to Dismiss**

Pursuant to Fed. Civ.Pro.R 6(b), Plaintiff respectfully requests that the Court extend the time to file a response to Defendant Southeast Community Hospital's Motion to Dismiss. As grounds thereof, plaintiff states that in order to file a meaningful response to the motion, an extension of time to prepare a response is required.

The motion response date had been extended to June 14, 2006. On June 14, 2006, counsel called the office of Counsel, Ms. Hanrahan to request a twenty day extension. Ms. Hanrahan was unavailable to consent to the requested relief. The

attached Memorandum of Points and Authorities is incorporated herein.

WHEREFORE, the plaintiff moves the Court to extend the time for a response to the Defendants Motion to Dismiss for twenty days from today.

Date: June 14, 2006                                         Respectfully Submitted,


                                                            _____/s/_____
                                                            Wesley L. Clarke,
                                                            BAR ID-474594
                                                            The Law Offices of Wesley L. Clarke
                                                            8622 Far Fields Way
                                                            Laurel, MD. 20723
                                                            202-257-9730
                                                            Attorney for the Plaintiffs

**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WESLEY L. CLARKE, as Personal )<br>Representative of the Estate of )<br>MARIO MEDINA )<br>8622 Far Fields Way )<br>Laurel, MD  20723, )<br>                                                        )<br>and                                              )<br>                                                        )<br>Ralph Linus                                )<br>8128 West Summerdale Avenue )<br>Norwood Park, Ill. 60656           )<br>                                                        )<br>             Plaintiffs,                       )<br>        vs.                                        )<br>                                                        )<br>THE DISTRICT OF COLUMBIA, )<br>                                                        )<br>*et al*.<br>             Defendants.                    ) | Case No: C.A. No. 06-623 (JR) |

**Memorandum of Points and Authorities in Support of the Plaintiffs' Motion to Extend Time to Respond to  Defendant Southeast Community  Hospital's Motion to Dismiss**

1. Federal Court Rules of Civil Procedure Rules 6(b)

2. The entire record herein.

3. Lack of prejudice and judicial economy

Date: June 14, 2006                                        Respectfully Submitted,

/s/_____
Wesley L. Clarke,
BAR ID-474594
The Law Offices of Wesley L. Clarke
8622 Far Fields Way
Laurel, MD. 20723
202-257-9730
Attorney for the Plaintiffs

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY L. CLARKE, as Personal )<br>Representative of the Estate of )<br>MARIO MEDINA )<br>8622 Far Fields Way )<br>Laurel, MD  20723, )<br>  )<br>and  ) <br>  )<br>Ralph Linus )<br>8128 West Summerdale Avenue )<br>Norwood Park, Ill. 60656 )<br>  )<br>  )<br>  )<br>  )<br>            Plaintiffs, )<br>    vs. )<br>  )<br>THE DISTRICT OF COLUMBIA, )<br>  )<br>*et al.*  <br>            Defendants. ) | Case No: C.A. No. 06-623 (JR) |

## **ORDER**

Upon consideration of the Plaintiff's motion to extend time to respond to defendants Southeast Community Hospital's motion, the attached Memorandum of Points and Authorities and the entire record, it is this _____ day of June 2006.

ORDERED, that the Plaintiffs motion is hereby granted and the Plaintiffs time to respond will be due on or before July 4, 2006

_____

Judge James Robertson
United States District Court for the
District of Columbia

Cc:

Wesley L. Clarke

8622 Far Fields Way

Laurel, MD. 20723


Catherine Hanrahan

c/o Wilson, Elser

1341 G street N.W.

Washington, D.C. 20005