UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WESLEY L. CLARKE, as Personal      :
Representative of the Estate of    :
MARIO MEDINA, *et al.*,            :
                                   :
        Plaintiffs,                :
                                   :
    v.                             :   Civil Action No. 06-0623 (JR)
                                   :
DISTRICT OF COLUMBIA, *et al.*,    :
                                   :
        Defendants.                :

## ORDER

Plaintiffs' second motion for an extension of time [6] to respond to the pending motion of Greater Southeast Community Hospital to dismiss [3] offers no showing of good cause and would be denied, but for the fact that the District of Columbia defendants have yet to respond to the complaint and have until July 10, 2006, to do so [minute order of 5/12/06]. Assuming that the District will also move to dismiss and will do so timely, plaintffs may have until **July 21, 2006,** to respond to all pending motions. No further extensions will be granted. Plaintiffs will TAKE NOTICE that their complaint neither contains nor suggests any basis for federal jurisdiction based on 42 U.S.C. 1983 and that a dismissal in this court may have claim preclusion

implications if the statute of limitations runs before they can re-file in Superior Court.

                                        JAMES ROBERTSON
                                  United States District Judge