441 4th Street, N.W., Sixth Floor South
Washington, D.C. 20001

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY L. CLARKE, as Personal Representative of the Estate of MARIO MEDINA,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al*.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   Civil No.  06-623 (JR)<br>)<br>)<br>)<br>)<br>)<br>) |

## O R D E R

**Upon consideration** of the District of Columbia, D.C. Department of Mental Health and St. Elizabeths' Motion to Dismiss, or for Summary Judgment, any opposition thereto, and the facts and law considered, it is hereby

**ORDERED**:  The defendants' Motion to Dismiss is **GRANTED**;

**FURTHER ORDERED;**   The plaintiff's complaint against the District of Columbia, D.C. Department of Mental Health and St. Elizabeths' are **DISMISSED** with prejudice; and

_____
The Honorable Judge James Robertson
United States District Court for the District of Columbia

19