IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY L. CLARKE, as Personal Representative of the Estate of MARIO MEDINA 8622 Far Fields Way Laurel, MD  20723,<br><br>and<br><br>Ralph Linus 8128 West Summerdale Avenue Norwood Park, Ill. 60656<br><br><br><br>Plaintiffs,<br>vs.<br><br>THE DISTRICT OF COLUMBIA,<br><br>*et al.*<br>Defendants. | Case No: C.A. No. 06-623 (JR) |

**Plaintiffs' Motion to Extend Time to Respond to Defendants District of Columbia, D.C. Department of Mental Health and St. Elizabeth Hospital's Motion to Dismiss**

Pursuant to Fed. Civ.Pro.R 6(b), Plaintiff respectfully requests that the Court extend the time to file a response to Defendants District of Columbia, D.C. Department of Mental Health and St. Elizabeth Hospital's (Hereafter "Defendants") Motion to Dismiss.  As grounds thereof, plaintiff states that in order to file a meaningful response to the motion, an extension of time to prepare a response is required.

On July 13, 2006, counsel called the office of Counsel, E. Louise Phillips to request a sixty day extension. Counsel for the plaintiff had granted similar relief to Ms.

Phillips at the time of the filing of the petition. Ms. Phillips voicemail indicated that she would be on vacation for three weeks and was therefore unavailable to consent to the requested relief. Ms. Phillips supervisor Nicole Lynch was unavailable. The attached Memorandum of Points and Authorities is incorporated herein.

WHEREFORE, the plaintiff moves the Court to extend the time for a response to the Defendants Motion to Dismiss for sixty days from today.

Date: July 13, 2006                              Respectfully Submitted,

                                                  /s/
                                                 Wesley L. Clarke,
                                                 BAR ID-474594
                                                 The Law Offices of Wesley L. Clarke
                                                 8622 Far Fields Way
                                                 Laurel, MD. 20723
                                                 202-257-9730
                                                 Attorney for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY L. CLARKE, as Personal Representative of the Estate of MARIO MEDINA 8622 Far Fields Way Laurel, MD  20723, <br><br>and <br><br>Ralph Linus 8128 West Summerdale Avenue Norwood Park, Ill. 60656 <br><br><br><br><br>Plaintiffs, <br>vs. <br><br>THE DISTRICT OF COLUMBIA, <br><br>*et al.* <br>Defendants. | Case No: C.A. No. 06-623 (JR) |

**Memorandum of Points and Authorities in Support of the Plaintiffs' Motion to Extend Time to Respond to  Defendants Motion to Dismiss**

1. Federal Court Rules of Civil Procedure Rules 6(b)

2. The entire record herein.

3.  Lack of prejudice and judicial economy

Date: July 13, 2006              Respectfully Submitted,

                              /s/_____
                              Wesley L. Clarke,
                              BAR ID-474594
                              The Law Offices of Wesley L. Clarke
                              8622 Far Fields Way
                              Laurel, MD. 20723
                              202-257-9730
                              Attorney for the Plaintiffs

**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WESLEY L. CLARKE, as Personal Representative of the Estate of MARIO MEDINA<br>8622 Far Fields Way<br>Laurel, MD  20723,<br><br>and<br><br>Ralph Linus<br>8128 West Summerdale Avenue<br>Norwood Park, Ill. 60656<br><br><br><br>            Plaintiffs,<br>     vs.<br><br>THE DISTRICT OF COLUMBIA,<br><br>*et al.*<br>            Defendants. | Case No: C.A. No. 06-623 (JR) |

## **ORDER**

Upon consideration of the Plaintiff's motion to extend time to respond to Defendants District of Columbia, D.C. Department of Mental Health and St. Elizabeth Hospital's motion, the attached Memorandum of Points and Authorities and the entire record, it is this _____ day of July 2006.

ORDERED, that the Plaintiffs motion is hereby granted and the Plaintiffs time to

respond will be due on or before September 13, 2006

---

Judge James Robertson
United States District Court for the
District of Columbia

Cc:

Wesley L. Clarke

8622 Far Fields Way

Laurel, MD. 20723

E. Louise R. Phillips

Assistant Attorney General

441 4th street, N.W. Sixth Floor South

Washington, D.C. 20001