Washington, D.C.
January 4, 1977,

Ralph,

Hi - Hope you + family are Al-Rite? As for me - I am O.K. Tell this to the rest of the family! Also tell them - I wish 1977, brings them "Health + Happiness," I mean it in Sincerely!

I Received your Letter - dated the 30th of December - thank you for writing to me! I do appreciate it very much! Let me know, if I answer all your Questions correctly?

You mention my wanting all my money back suddenly? You ask me to Re-consider this, due to our telephone mis-understanding? I agree with you on this point! I asked you to phone me - every evening - because I was locked-up again! The reason being that Dr. Arthur Stern, wants me to take more medicine! Mr. Allen Farber (Public Defender office), said I had the legal right to Refuse -

this! But the Doctor's sometimes do go against the patients Legal, and VERBAL Rights! "this has happened to me in the past!" I told you that, Dr. Kenneth P. Goebel, did just that when I was on WARD #8, - 3 months ago! He just told me about increasing my medicine to 5 mg. of Stelazine - But by the start of the 2nd, WEEK, he increased it to 10 mg., without my approval! this is the truth! I WAS taking the medicine 3 times A Day! Now - DO you understand my Reason for wanting you to phone me Every Evening? Like I mentioned Before - you Can De- Duct the cost of the phone calls from the money I have sent you! Is this more Reasonable as opposed to you sending all of my money Back to me? I should be out again soon, Because to Day Dr. Strauss, wanted me to sign the medical form, to help pay for my hospitalization! I Refused to sign the form, he did not like this! It costs $85.00 PER DAY for Every In-

→

PATIENTS; this is the truth too!

You ARE RITE, About being my only Brother left! this is the REASON — I call on you to help me temporarily! I would the same for you because you are my Brother! "If it would be more convenient for you, just call me up on Saturday & Sunday's — O.K.?" NANCY will call me during the week!

X    If there is Any PART of my letter that you do not understand, PLEASE Let me Know RITE Away! "I Print my letter, because my long-hand is not very legible!" You say it at you ARE my Brother, if something happens to me — like IN UN-Fortunate Accident — who will be the next? things like these do happen in a "mental hospital!"

Dr. Strom, told me to-Day — that he sent you an answer to your letter of inquiring but me! Let me know what he has to say — O.K.?

"If you ARE my Brother do this favor, flash of you

temporarily!" If members of a family do not help one another out — who will? I thought — that — I tried to instill this thought in you!"

"I sent a letter to my mother, asking her for her Land-Lady's Name, Address & Phone! Her Doctor, Welfare case-worker, Her cousin, Maria F. Martinez — in Brownsville, Texas; Her Brother, Oscar de la Garza in Mexico! Please send me this information, in your Next letter to me! Thank you for this favor! X I would Rather help you out to pay the mortgage on your home, Insurance for your Wife, Angie & Tina-Marie; Buy a New carpet, as opposed to paying or helping out a complete stranger to me!" This is also the truth!

Please let me know your feelings, either way! I would Like to continue to correspond with you on A "meaningful" and "amicable" Level!"

Maria