## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WESLEY CLARKE, as Personal Representative of the Estate of MARIO MEDINA | : : : : | |
| and | : : | |
| RALPH LINUS,                Plaintiffs, | : : : : | |
| v. | : : | Case No.  1:06CV00623 |
| THE DISTRICT OF COLUMBIA | : : | The Hon. James Robertson |
| and | : : | |
| SAINT ELIZABETH HOSPITAL | : : | |
| and | : : | |
| D.C. DEPARTMENT OF MENTAL HEALTH | : : : | |
| and | : : | |
| GREATER SOUTHEAST COMMUNITY HOSPITAL                Defendants. | : : : | |

**ORDER**

UPON CONSIDERATION of Defendant Greater Southeast Community Hospital Corporation I's Motion to Dismiss Plaintiff's Complaint, Plaintiffs' Opposition, and Greater Southeast Community Hospital Corporation I's Reply, and the entire record herein,

It is this ____ day of _____, 2006,

ORDERED: that Defendant Greater Southeast Community Hospital Corporation I's Motion to Dismiss BE AND HEREBY IS GRANTED, and it is

**Error! Unknown document property name.**

FURTHER ORDERED: that Plaintiffs' Complaint be, and the same hereby is, DISMISSED WITH PREJUDICE.

_____
The Honorable James Robertson

cc:   Catherine A. Hanrahan
      Anastasios P. Tonorezos
      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
      1341 G Street, NW, Suite 500
      Washington, D.C. 20005

      Wesley L. Clarke
      8622 Far Fields Way
      Laurel, MD 20723

      Stephen J. Anderson
      Office of Corporate Counsel
      PO Box 14600
      Washington, D.C. 20044-4600

**Error! Unknown document property name.**