Washington, D.C.
January 4, 1977.

Ralph,

Hi - Hope you + family are Al-Rite? As for me - I am O.K. Tell this to the rest of the family! Also tell them - I wish 1977, brings them "Health + Happiness"! I mean it - in Sincerely!

I received your letter - dated the 30th of December - thank you for writing to me! I do appreciate it very much! Let me know, if I answer all your questions correctly?

You mention my wanting all my money back suddenly? You ask me to re-consider this, due to our telephone mis-understanding? I agree with you on this point! I asked you to phone me - Every Evening - Because I was locked-up again! The reason being that Dr. Arthur Stern, wants me to take more medicine! Mr. Allen Farber (Public Defender office), said I had the legal right to refuse -

this! But the Doctors sometimes do go against the patients Legal, and VERBAL Rights! "this has happened to me in the past!" I told you that, Dr. Kenneth P. Goulich, did just that when I was on WARD #8, - 3 months ago! He first told me about increasing my medicine to 5 mg. of Stelazine - But by the start of the 2nd, WEEK, he increased it to 10 mg., without my approval! This is the truth!, I WAS taking the medicine 3 times A Day!" NOW - DO you understand my Reason for wanting you to phone me Every Evening? Like I mentioned Before - you can deduct the cost of the phone calls from the money I have sent you! Is this more Reasonable as opposed to you sending ALL of my money Back to me? I should be out Again Soon, Because to-day Dr. Strauss, wanted me to Sign the Medical form, to help pay for my hospitalization! I Refused to sign the form, he did not Like this! It costs $85.00 PER DAY for Every In- →

PATIENTS; this is the truth too!

You are rite, about being my only Brother left! this is the Reason - I call on you to help me temporarily! I would the same for you because you are my Brother! "If it would be more convenient for you, just call me up on Saturday + Sunday; - O.K.?" Nancy will call me during the week!

X    If there is any part of my letter that you do not understand, please let me know rite away! 4 Print my letter, because my long-hand is not very legible! You say it at you are my Brother, if something happens to me - like an un-fortunate accident - who will be the next? Things like these do happen in a "Mental Hospital!"

Dr. Strom, told me to-Day - that he advised you an answer to your letter of inquiring about me! Let me know what he has to say - O.K.?

If you are my Brother do this favor, each of you

— temporarily!" If members of a family do not help one another out — who will?" I thought — that — I tried to instill this thought in you?"

"I sent a letter to my mother, asking her for her Land-Lady's Name, Address & Phone! Her Doctor, Welfare Case-worker, Her cousin, Maria F. Martinez - in Brownsville, Texas, Her Brother Oscar de la Garza in Mexico; Please send me this information, in your next letter to me! Thank you for this favor!" X

"I would rather help you out to pay the mortgage on your home, Insurance for your wife, Angie & Tina-Marie; Buy a new carpet; as opposed to paying or helping out a complete stranger to me!" This is also the truth!

"Please let me know your feelings either way! I would like to continue to correspond with you on a "meaningful" and "amicable" Level!"

Maria