washingtonpost.com

# In Harm's Way at Hospital?
Citing Deaths and Violence, the Justice Department Tells D.C. to Improve Care at St. Elizabeths Mental Facility

By Eric M. Weiss
Washington Post Staff Writer
Wednesday, June 14, 2006; B01



The Justice Department is demanding that the D.C. government correct problems at St. Elizabeths Hospital, saying the city-run psychiatric facility is beset by lax supervision, patient-on-patient violence and substandard care.

Two patients died in 2004 after they were attacked by other patients, and three died last year after problems with their medical care, according to an investigative report. Dozens of others have been kicked or punched in altercations, been put in restraints longer than necessary or been neglected by medical staff, the report said.

The hospital "fails to provide its patients with a reasonably safe living environment," the Justice Department said. "The facility too often subjects its patients to harm or risk of harm."

The Justice Department opened a civil rights investigation last year into conditions at the Southeast Washington hospital after a patient advocacy group flagged numerous problems. Justice officials sent their findings May 23 to Mayor Anthony A. Williams (D), giving the city a list of steps that must be taken to avoid a civil rights lawsuit. There is no set deadline for the city to respond.

The report marked the second time in recent weeks that the Justice Department has said the District government is endangering some of its most vulnerable residents. Justice lawyers asked a federal judge last month to hold the city in contempt of court for failing to improve conditions in group homes for the mentally and physically disabled.

Stephen Baron, the acting director of the District's Department of Mental Health, said city officials are working closely with the Justice Department on improvements at St. Elizabeths. During a tour of the hospital last week that he allowed a Washington Post reporter and photographer to join, Baron said conditions have improved since investigators left last June.

"It's a work in progress," said Baron, who headed Baltimore's public mental health system before coming to the District in April. He did not dispute the overall picture presented by the Justice Department but said the District is developing a detailed response.

Construction of a new hospital, expected to begin this fall, should solve many problems, Baron said. "It's not the full answer," he said. "We have quality-of-care issues to address."

To Justice Department investigators, the trouble is bigger than anything that can be fixed with bricks and

mortar.

According to federal investigators, the hospital is unsafe not only for the 450 patients, but also for the 940 staff members. In spring 2004, a 60-year-old patient beat a 76-year-old to death, and a 55-year-old man died after he was stomped into a coma by another patient.

Between January and April 2005 -- the period most extensively studied in the investigation -- the hospital averaged more than one altercation involving a patient each day. Patients were involved in 138 altercations with fellow patients and 34 with the staff, the Justice Department found.

In a number of those cases, there was "little or no supervision," investigators wrote.

The report said patients "routinely" leave hospital grounds without authorization. One left the campus for four hours and returned with a crack pipe. Another was accidentally let out for grounds privileges Jan. 7, 2005, and has never returned, the report said.

In other cases, the staff was faulted for acting too harshly to control patients. Physical restraints, such as wrist and ankle straps, are supposed to be used only for the protection of patients or others -- not for punishment or the convenience of staff and only when less intrusive measures are tried first. But investigators found that the staff tied one patient to her bed with restraints on her wrists and ankles for 24 hours after a suicide attempt. The bed of another patient was outfitted with wrist restraints and a urinal.

Hospital records showed much more frequent use of restraints during the weekends, which investigators said was "clinically inexplicable" and probably indicates patients are restrained to compensate for a smaller staff on those days.

Besides the difficulties with supervision, investigators identified deficiencies in medical care. Investigators wrote that "basic nursing practices, such as monitoring vital signs, weight, and temperature, are largely absent."

The report mentions three instances in which patients died after receiving questionable medical care.

In one case, a patient returned to St. Elizabeths after treatment at another hospital for a stroke. The St. Elizabeths staff failed to perform a medical evaluation or take vital signs, investigators found. Nurses did not alert doctors when the patient had difficulty swallowing for several days. Soon after that, the patient died.

"It is inexcusable that St. Es did not provide this patient with basic medical care and monitoring, including routine monitoring of this patient's vital signs, for more than two weeks," investigators said.

In another case, a 79-year-old man returned to St. Elizabeths after an outside hospital stay for congestive heart failure. Here, too, the St. Elizabeths staff did not do enough follow-up, and he died, the Justice Department found.

Justice officials said that the staff has trouble managing patients' medications and that at least one patient "may have died as a result of St. E's gross departure from professional standards."

St. Elizabeths even fails at its core mission of delivering quality psychiatric care, the Justice Department said. Patients receive vague or delayed diagnoses, inadequate treatment plans and insufficient follow-up,

the report said.

The report said the hospital is short 68 nurses, adding that chronic staff shortages contribute to poor care. Referring to one case, investigators said "it is inconceivable how a patient can suffer a seizure in front of the nurse's station without being observed or fall on the ground and bleed with enough time for the blood to dry before he is 'observed' on the floor by any staff."

Nothing so flagrant took place during The Washington Post's tour of the hospital last week. While some patients worked in a vegetable garden outside, most in the wards that were visited could be found slumped in mismatched chairs or perched in front of televisions.

Some were roused by the cries of a St. Elizabeths hospital attendant.

"Smoke-break time! Smoke-break time!" a burly aide called out, holding a shoe box filled with packs of cigarettes. The patients took their cigarettes and headed to an enclosed smoking porch with long wooden benches and a tile floor.

"It calms them," the aide said.

In brief interviews with a dozen patients, none said that they were mistreated or that they feared for their safety. Instead, complaints ranged from cold breakfasts, broken air conditioning or lack of progress on their cases.

"They treat us fine, sir," said one patient, sitting next to an unused pool table. "They treat us fine."

In a small too-warm room off the main hallway in a one of the wards, a female patient meeting with her treatment team described her care as only "adequate."

Rizwan A. Malik, a psychiatrist at St. Elizabeths who read the Justice Department report, said a new hospital building and more staff would go a long way. That said, the hospital staff does the best with its resources and tries to help very sick people, he said.

"Never for one day did I think I was in the wrong place," said Malik, who was once punched in the face by a patient.

The Justice Department investigation is not the first in which St. Elizabeths has come under outside scrutiny. Six years ago, investigators for the federal Medicare program threatened to pull the hospital's eligibility because of inferior care. And the hospital functioned under court-ordered supervision from 1997 through 2001.

University Legal Services, an advocacy group for people with disabilities, has repeatedly complained about problems.

Mary Nell Clark, a managing attorney for University Legal Services, said the hospital fails on the most basic level -- it fails to heal.

"No matter what the beautiful new building will look like, it doesn't take care of the number of people in charge or the quality of care," she said.

© 2006 The Washington Post Company