**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| | ) | |
| **WESLEY L. CLARKE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 1:06CV00623 (JR)** |
| | ) | **Judge James Robertson** |
| **v.** | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA** , *et al.* | ) | |
| | ) | |
| **Defendants** | ) | |

_____)

### NOTICE OF WITHDRAWAL AND APPEARANCE

Will the Clerk of the Court please withdraw the appearance of E. Louise R. Phillips, Assistant Attorney General, as attorney for the District of Columbia, St. Elizabeth Hospital, and D.C. Department of Mental Health; and enter the appearance of Assistant Attorney General Toni Michelle Jackson as attorney for the District of Columbia, St. Elizabeth Hospital, and D.C. Department of Mental Health.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


_____/s/_____
NICOLE L. LYNCH (471953)
Chief, Section II
_____/s/_____
TONI M. JACKSON (453765)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6602
Fax: (202) 727-3625
toni.jackson@dc.gov