UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WESLEY CLARKE, as
Personal Representative
of the Estate of MARIO MEDINA

and

RALPH LINUS,
            Plaintiffs,

v.

THE DISTRICT OF COLUMBIA

and

SAINT ELIZABETH HOSPITAL

and

D.C. DEPARTMENT OF
MENTAL HEALTH

and

GREATER SOUTHEAST COMMUNITY
HOSPITAL
            Defendants.

Case No. 1:06CV00623

The Hon. James Robertson

## ORDER

UPON CONSIDERATION of Defendant Greater Southeast Community Hospital's Motion For Reconsideration of That Part of the Court's Memorandum and Order Partially Denying Greater Southeast Community Hospital's Motion to Dismiss Plaintiff's Complaint, and any opposition thereto, and the entire record herein,

It is this _____ day of _____, 2007,

257674.1

ORDERED: that Defendant Greater Southeast Community Hospital's Motion for Reconsideration BE AND HEREBY IS GRANTED, and it is

FURTHER ORDERED: that Plaintiffs' Complaint be, and the same hereby is, DISMISSED WITH PREJUDICE.

_____
The Honorable James Robertson

257674.1

cc:    Catherine A. Hanrahan
       Anastasios P. Tonorezos
       WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
       1341 G Street, NW, Suite 500
       Washington, D.C. 20005

       Wesley L. Clarke
       8622 Far Fields Way
       Laurel, MD 20723

       Stephen J. Anderson
       Office of Corporate Counsel
       PO Box 14600
       Washington, D.C. 20044-4600

257674.1