## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WESLEY L. CLARKE, as Personal       :
Representative of the Estate of     :
MARIO MEDINA, *et al.*,             :
                                    :
    Plaintiffs,                 :
                                    :
  v.                                : Civil Action No. 06-0623 (JR)
                                    :
DISTRICT OF COLUMBIA, *et al.*,     :
                                    :
    Defendants.                 :

### ORDER

    This Court's denial of defendant Greater Southeast Community Hospital's non-federal claim [#18] was grounded in the appearance – from the face of the complaint – that there was diversity jurisdiction.  Greater Southeast has moved for reconsideration [#19].  In the interest of justice and to conserve judicial resources, that motion will be treated, not as a motion for reconsideration, but as a second motion to dismiss, this time for lack of diversity jurisdiction.  Evidence outside the pleadings may be considered on such a motion.  Plaintiffs may have 10 days from the date of this order to file any opposition.

    It is so **ORDERED**.


                                          JAMES ROBERTSON
                            United States District Judge