IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY L. CLARKE, as Personal Representative of the Estate of MARIO MEDINA 8622 Far Fields Way Laurel, MD 20723, <br><br> and <br><br> Ralph Linus 8128 West Summerdale Avenue Norwood Park, Ill. 60656 <br><br><br><br><br> Plaintiffs, <br> vs. <br><br> THE DISTRICT OF COLUMBIA, <br><br> *et al.* <br> Defendants. | Case No: C.A. No. 06-623 (JR) |

**Plaintiffs Answer to Defendant Southeast Community Hospital's, Motion For Reconsideration**

**DIVERSITY JURISDICTION**

Southeast Community Hospital argues that jurisdiction should be denied pursuant to 28 U.S.C. §1332(c)(2).  However, It is well established that this provision does not apply to individuals who are authorized by state statute to pursue a claim in their individual capacities and not on behalf of or for the benefit of the decedent's estate. See, Tank v. Chronister, 160 F.3d 597 (10th circuit 1998).

WHEREFORE, the plaintiff moves the Court to deny Defendant's motion for Dismissal. In the alternative, should Dismissal be deemed appropriate, this matter should be remanded to the Superior Court of the District of Columbia.

Date: April 22, 2007						Respectfully Submitted,


							_____/s/_____
							Wesley L. Clarke,
							BAR ID-474594
							The Law Offices of Wesley L. Clarke
							8622 Far Fields Way
							Laurel, MD. 20723
							202-257-9730
							Attorney for the Plaintiffs

**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WESLEY L. CLARKE, as Personal ) <br> Representative of the Estate of ) <br> MARIO MEDINA ) <br> 8622 Far Fields Way ) <br> Laurel, MD  20723, ) <br> ) <br> and ) <br> ) <br> Ralph Linus ) <br> 8128 West Summerdale Avenue ) <br> Norwood Park, Ill. 60656 ) <br> ) <br> ) <br> ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> THE DISTRICT OF COLUMBIA, ) <br> ) <br> *et al.* ) <br> Defendants. ) | Case No: C.A. No. 06-623 (JR) |

**Memorandum of Points and Authorities in Support of the Plaintiffs Answer to
Defendant Southeast Community Hospital's,
Motion For Reconsideration**

1. Federal Court Rules of Civil Procedure Rules 6(b)

2. The entire record herein.

3. Lack of prejudice and judicial economy

Date: April 22, 2007                    Respectfully Submitted,


     /s/_____
Wesley L. Clarke,
BAR ID-474594
The Law Offices of Wesley L. Clarke
8622 Far Fields Way
Laurel, MD. 20723
202-257-9730
Attorney for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY L. CLARKE, as Personal Representative of the Estate of MARIO MEDINA 8622 Far Fields Way Laurel, MD 20723, <br><br>and<br><br>Ralph Linus 8128 West Summerdale Avenue Norwood Park, Ill. 60656 <br><br><br>Plaintiffs,<br>vs.<br><br>THE DISTRICT OF COLUMBIA,<br><br>*et al.*<br>Defendants. | Case No: C.A. No. 06-623 (JR) |

## **ORDER**

Upon consideration of the Plaintiff's answer to the motion for reconsideration, the attached Memorandum of Points and Authorities and the entire record, it is this

\_\_\_\_\_ day of \_\_\_\_\_ 2007.

ORDERED, that the Defendants Greater Southeast Community Hospital's Motion

For Reconsideration is hereby denied

_____

Judge James Robertson
United States District Court for the
District of Columbia

Cc:

Wesley L. Clarke

8622 Far Fields Way

Laurel, MD. 20723

Catherine Hanrahan

c/o Wilson, Elser

1341 G street N.W.

Washington, D.C. 20005