## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WESLEY L. CLARKE, as Personal | ) | |
| Representative of the Estate of | ) | |
| MARIO MEDINA | ) | |
| 8622 Far Fields Way | ) | |
| Laurel, MD 20723, | ) | |
| | ) | |
| and | ) | Case No: C.A. No. 06-623 (JR) |
| | ) | |
| Ralph Linus | ) | |
| 8128 West Summerdale Avenue | ) | |
| Norwood Park, Ill. 60656 | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| THE DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| *et al.* | | |
| Defendants. | ) | |

**Plaintiffs Answer to Defendant Southeast Community Hospital's,**
**Motion For Reconsideration**

**DIVERSITY JURISDICTION**

Southeast Community Hospital argues that jurisdiction should be denied

pursuant to 28 U.S.C. §1332(c)(2).  However, It is well established that this provision

does not apply to individuals who are authorized by state statute to pursue a claim in

their individual capacities and not on behalf of or for the benefit of the decedent's estate.

See, Tank v. Chronister, 160 F.3d 597 (10th circuit 1998).

WHEREFORE, the plaintiff moves the Court to deny Defendant's motion for

Dismissal. In the alternative, should Dismissal be deemed appropriate, this matter

should be remanded to the Superior Court of the District of Columbia.


Date: April 22, 2007                          Respectfully Submitted,



                                   _____/s/_____
                                   Wesley L. Clarke,
                                   BAR ID-474594
                                   The Law Offices of Wesley L. Clarke
                                   8622 Far Fields Way
                                   Laurel, MD. 20723
                                   202-257-9730
                                   Attorney for the Plaintiffs

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WESLEY L. CLARKE, as Personal | ) | |
| Representative of the Estate of | ) | |
| MARIO MEDINA | ) | |
| 8622 Far Fields Way | ) | |
| Laurel, MD  20723, | ) | |
| | ) | |
| and | ) | Case No: C.A. No. 06-623 (JR) |
| | ) | |
| Ralph Linus | ) | |
| 8128 West Summerdale Avenue | ) | |
| Norwood Park, Ill. 60656 | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| THE DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| *et al.* | | |
| Defendants. | ) | |

**Memorandum of Points and Authorities in Support of the Plaintiffs Answer to Defendant Southeast Community Hospital's, Motion For Reconsideration**

1. Federal Court Rules of Civil Procedure Rules 6(b)

2. The entire record herein.

3. Lack of prejudice and judicial economy

Date: April 22, 2007                    Respectfully Submitted,


                                        /s/_____
                                        Wesley L. Clarke,
                                        BAR ID-474594
                                        The Law Offices of Wesley L. Clarke
                                        8622 Far Fields Way
                                        Laurel, MD. 20723
                                        202-257-9730
                                        Attorney for the Plaintiffs

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY L. CLARKE, as Personal ) | |
| Representative of the Estate of ) | |
| MARIO MEDINA ) | |
| 8622 Far Fields Way ) | |
| Laurel, MD  20723, ) | |
| ) | |
| and ) | Case No: C.A. No. 06-623 (JR) |
| ) | |
| Ralph Linus ) | |
| 8128 West Summerdale Avenue ) | |
| Norwood Park, Ill. 60656 ) | |
| ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | |
| ) | |
| THE DISTRICT OF COLUMBIA, ) | |
| ) | |
| *et al.* | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Plaintiff's answer to the motion for reconsideration, the

attached Memorandum of Points and Authorities and the entire record, it is this

_____ day of _____ 2007.


ORDERED, that the Defendants Greater Southeast Community Hospital's Motion

For Reconsideration is hereby denied


_____

Judge James Robertson
United States District Court for the
District of Columbia

Cc:

Wesley L. Clarke

8622 Far Fields Way

Laurel, MD. 20723


Catherine Hanrahan

c/o Wilson, Elser

1341 G street N.W.

Washington, D.C. 20005