UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY CLARKE, as : <br> Personal Representative : <br> of the Estate of MARIO MEDINA : <br> : <br> and : <br> : <br> RALPH LINUS, : <br>        Plaintiffs, : <br> : <br> v. : <br> : <br> THE DISTRICT OF COLUMBIA : <br> : <br> and : <br> : <br> SAINT ELIZABETH HOSPITAL : <br> : <br> and : <br> : <br> D.C. DEPARTMENT OF : <br> MENTAL HEALTH : <br> : <br> and : <br> : <br> GREATER SOUTHEAST COMMUNITY : <br> HOSPITAL : <br>        Defendants. : | Case No. 1:06CV00623 <br><br> The Hon. James Robertson |

## ORDER

UPON CONSIDERATION of Defendant Greater Southeast Community Hospital's

Motion For Reconsideration of That Part of the Court's Memorandum and Order Partially

Denying Greater Southeast Community Hospital's Motion to Dismiss Plaintiff's

259735.1

Complaint/Motion to Dismiss, and Plaintiffs' opposition, and Greater Southeast's Reply, and the entire record herein,

It is this ____ day of _____, 2007,

ORDERED: that Defendant Greater Southeast Community Hospital's Motion for Reconsideration/To Dismiss Plaintiffs' Complaint, BE AND HEREBY IS GRANTED, and it is

FURTHER ORDERED: that Plaintiffs' Complaint be, and the same hereby is, DISMISSED WITH PREJUDICE.

_____
The Honorable James Robertson

259735.1

cc:     Catherine A. Hanrahan
        Anastasios P. Tonorezos
        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
        1341 G Street, NW, Suite 500
        Washington, D.C. 20005

        Wesley L. Clarke
        8622 Far Fields Way
        Laurel, MD 20723

        Toni Michelle Jackson
        Office of Corporate Counsel
        PO Box 14600
        Washington, D.C. 20044-4600

259735.1