**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WESLEY L. CLARKE, as Personal Representative of the Estate of MARIO MEDINA, *et al.*, :<br><br>            Plaintiffs,         :<br><br>    v.                           :<br><br>DISTRICT OF COLUMBIA, *et al.*,  :<br><br>            Defendants.          : | Civil Action No. 06-0623 (JR) |

**ORDER**

For the reasons described in the accompanying memorandum, defendant Greater Southeast's Motion to Dismiss [19] is **granted**.  This case is **dismissed**.

It is so **ORDERED**.


                              JAMES ROBERTSON
                         United States District Judge