UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY CLARKE, as Personal Representative of the Estate of MARIO MEDINA<br><br>and<br><br>RALPH LINUS,<br>            Plaintiffs,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA<br><br>and<br><br>SAINT ELIZABETH HOSPITAL<br><br>and<br><br>D.C. DEPARTMENT OF MENTAL HEALTH<br><br>and<br><br>GREATER SOUTHEAST COMMUNITY HOSPITAL<br>            Defendants. | Case No. 1:06CV00623<br><br>The Hon. James Robertson |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Sir/Madam Clerk:

Please withdraw the appearance of Anastasios P. Tonorezos, Esquire as co-counsel for the Defendant Greater Southeast Community Hospital Corporation I in the above referenced matter. Catherine A. Hanrahan, Esquire of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP will remain as counsel for Greater Southeast Community Hospital Corporation I in the above-captioned matter.

265806.1

Case 1:06-cv-00623-JR   Document 29   Filed 07/09/2007   Page 2 of 3

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
Catherine A. Hanrahan, #441775
Anastasios P. Tonorezos, #495133
1341 G Street, NW
Suite 500
Washington, DC  20005-3300
Tel. (202) 626-7660
Fax (202) 628-3606
*Attorneys for Defendant Greater Southeast Community Hospital Corporation I*

- 2 -

265806.1

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a copy of the foregoing Notice of Withdrawal of Appearance was served via electronic filing, upon the following parties and counsel of record this 5th day of July 2007 to:

Wesley L. Clarke
8622 Far Fields Way
Laurel, MD 20723

Toni Michelle Jackson
Office of Corporate Counsel
PO Box 14600
Washington, D.C. 20044-4600

/s/ Anastasios P. Tonorezos
Anastasios P. Tonorezos